**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-00522-MSK-KMT           FTR - Courtroom C-201

**Date:** February 16, 2012                        Deputy Clerk, Nick Richards


AMERICAN FAMILY MUTUAL INSURANCE           Shauna L. Hilgers
COMPANY, a Wisconsin corporation,

      Plaintiff,

v.

MIKEL T. MEWBOURN, and                     Pro Se (by phone)
MIKEL T. MEWBOURN doing business as M&B
CONTRACTING,

      Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 9:59 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Unopposed Motion for Enlargement of Discovery Cut-Off and Dispositive Motion Deadline [Doc. No. 34, filed January 10, 2012] and Plaintiff's Motion to Compel Discovery Responses [Doc. No. 35, filed January 12, 2012].

It is **ORDERED**:    Plaintiff's Motion to Compel Discovery Responses [35] is **GRANTED** as stated on the record. Defendant shall respond to plaintiff's Interrogatories, Requests for Production of Documents, and Requests for Admission on or before February 27, 2012.

It is **ORDERED**:    Plaintiff's Unopposed Motion for Enlargement of Discovery Cut-Off and Dispositive Motion Deadline [34] is **GRANTED**. The discovery cut-off deadline is extended to May 31, 2012. The dispositive motion deadline is extended to July 16, 2012.

Defendant notes he did not receive mailing of either Plaintiff's Motion to Compel Discovery Responses [35], Plaintiff's Unopposed Motion for Enlargement of Discovery Cut-off and Dispositive Motion Deadline [34], or the court's order setting the hearing for

this date. The court confirmed the address utilized by the court and opposing counsel and discovered the address is correct. The Clerk of Court shall mail a copy of these minutes and the docket sheet to defendant at the address currently on record with the court.

**Court in Recess: 10:35 a.m.**
Hearing concluded.
Total In-Court Time    00:36

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.